UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS HERNANDEZ,

                Plaintiff,

        v.

THE CITY OF NEW YORK; JESSICA S. TISCH, as Police Commissioner, Police Department City of New York, EDWARD A. CABAN, as Former Police Commissioner, Police Department City of New York and AMY J. LITWIN, as Former Deputy Commissioner Department Advocates Office, Police Department City of New York each sued in their official and individual capacities as an employee of Defendant THE CITY OF NEW YORK,

                Defendants.

No. 25-CV-1867 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On March 10, 2025, the Court issued an order designating this case for automatic referral under the Court's existing Alternative Dispute Resolution program of mediation and, in the event the mediation process was unsuccessful, scheduling an initial status conference for May 9, 2025. Defendants have yet to appear, and thus the case has not been referred to mediation. Given that the mediation has not yet been held, the conference previously scheduled for May 9, 2025 is hereby adjourned *sine die.*

SO ORDERED.

Dated:   May 7, 2025
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge