

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOMINIQUE ANGLADE<br>*Assistant Corporation Counsel*<br>(212) 356-2432<br>danglade@law.nyc.gov |

September 12, 2025

**By ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 15, 2025

Re: Hernandez v. City of New York, et al.
No. 25-CV-01867 (RA)

Dear Judge Abrams:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and counsel for the defendants City of New York, Jessica Tisch, Edward Caban, and Amy Litwin in the above-referenced matter. On August 15, 2025, the Office of the Corporation Counsel filed a motion to dismiss on behalf of the Defendants City, Tisch, and Caban. See ECF Dkt. Nos. 17 and 18. At that time, the undersigned counsel had not appeared on Defendant Litwin's behalf as a representation decision had not yet been made by Defendant Litwin. As of August 18th, Defendant Litwin accepted representation by the Office of the Corporation Counsel.

Accordingly, I write now to respectfully request that the Court grant an extension of time to Defendant Litwin, *non pro tunc* to September 12, 2025, for Defendant Litwin to respond to Plaintiff's Complaint. I also respectfully request that the Court adopt, as to Plaintiff's claims against Defendant Litwin, both the Motion to Dismiss that the Office of Corporation Counsel filed on August 15, 2025, on behalf of Defendants City, Tisch, and Caban, and the reply in further support of the motion to dismiss. See ECF Dkt. Nos. 17, 18, and 23. I notified Plaintiff's counsel of this request.

2

I thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

*/s/ Dominique Anglade*
Dominique Anglade
Assistant Corporation Counsel

cc:   Eric Sanders, Esq. (via ECF)
      The Sanders Law Firm, P.C..
      Attorneys for Plaintiff